JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

DEYANA N KOLEVA and ZOYA M JAQUEZ, individually and on behalf of all similarly situated individuals,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KIKA SCOTT, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services; JOSEPH M. HACKBARTH in his official capacity as the District Director of the San Bernardino District Office; DENIS RIORDAN in his official capacity as the District Director of the Boston District,

Defendants.

No. 5:25-cv-00963-JGB-SP

**ORDER REMANDING CASE TO U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

The Court has considered the parties' Stipulation for Order to Remand Case to United States Citizenship and Immigration Services ("USCIS"). With good cause showing, IT IS HEREBY ORDERED:

1. The applications for naturalization for Plaintiffs Deyana N. Koleva and Zoya M. Jaquez are REMANDED for adjudication to USCIS. The Court directs the agency to take any and all necessary actions to adjudicate and issue a decision on Plaintiffs' applications for naturalization within sixty (60) days after entry of the order of remand.

2. For purposes of this order, this time frame is limited to the decision by USCIS on Plaintiffs' applications for naturalization, and does not include any decision by USCIS regarding any subsequent administrative appeal Plaintiffs may ultimately file (pursuant to 8 C.F.R. § 336.2) in the event either of the applications is denied.

3. If USCIS does not issue a decision on Plaintiffs' applications for naturalization within sixty (60) days after entry of the Court's remand order, Defendants will not oppose any request by Plaintiffs to this Court to vacate the remand order and thereby re-assert jurisdiction over Plaintiffs' action pursuant to 8 U.S.C. § 1447(b).

4. In the event any of the named Plaintiffs' N-400 applications are denied, USCIS will not initiate removal proceedings and will not refer the matters to United States Immigration and Customs Enforcement ("ICE") to initiate removal proceedings until after completion of any subsequent administrative appeal of any N-400 denial pursuant to 8 C.F.R. § 336.2.

5. This action is dismissed without prejudice.

6. Each side shall bear their own attorneys' fees and costs.

Dated: July 29, 2025

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE